IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LA DONNA J. SALINAS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. CIV-16-1186-D |
| TRIPLE F TRUCKING, | ) ) ) |
| Defendant. | ) ) |

## **J U D G M E N T**

Pursuant to the Order issued this date, the action is dismissed without prejudice to refiling.

Entered this 17th day of April, 2018.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE